IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| WILLIE CHAPMAN, | * |
| Plaintiff, | * |
| v. | Case No. 7:21-CV-109 (WLS-TQL) |
| | * |
| J FUTCH, et al, | |
| | * |
| Defendants. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 22, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 22nd day of February, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk